**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Riconda Maintenance, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 11-3367365 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **37-17 58th Street** <br> **Woodside, NY 11377** <br> Number, Street, City, State & ZIP Code | **20 Maple Way** <br> **Armonk, NY 10504** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Queens** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Riconda Maintenance, Inc.**                              Case number *(if known)* _____
       Name

---

**7.**    **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      __2381__

---

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

| Debtor | **Riconda Maintenance, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Riconda Maintenance, Inc.**                                    Case number (*if known*) _____
         <sub>Name</sub>

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Riconda Maintenance, Inc.** | Case number (*if known*) | |
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2021**
                        MM / DD / YYYY

*X* **/s/ Thomas Riconda**                          **Thomas Riconda**
Signature of authorized representative of debtor     Printed name

Title    **President**

**18. Signature of attorney**

*X* **/s/ Robert L. Rattet**                    Date **November 11, 2021**
Signature of attorney for debtor                      MM / DD / YYYY

**Robert L. Rattet**
Printed name

**Davidoff Hutcher & Citron LLP**
Firm name

**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
Number, Street, City, State & ZIP Code

Contact phone    **212 557 7200**    Email address    **rlr@dhclegal.com**

**1674118 NY**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Riconda Maintenance, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __November 11, 2021__     X /s/ Thomas Riconda
                                      Signature of individual signing on behalf of debtor

                                      **Thomas Riconda**
                                      Printed name

                                      **President**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Riconda Maintenance, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*....................................................................................................... $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................... $     1,146,754.60

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*....................................................................................................... $     1,146,754.60

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................... $     200,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $     0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................... +$     3,267,093.40

4. **Total liabilities** ..........................................................................................
   Lines 2 + 3a + 3b

$     3,467,093.40

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Riconda Maintenance, Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Sterling National Bank** | **Business Checking Account** | 6111 | $0.00 |
| 3.2. | **Sterling National Bank** | **Escrow Account as of 10/31/21** | 6893 | $2,300.40 |
| 3.3. | **JP Morgan Chase Bank** | checking - as of 10/29/21 | 9703 | $22,121.76 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**                                                          $24,422.16
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 1

Debtor    **Riconda Maintenance, Inc.**          Case number *(If known)* _____
          Name

■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        1,119,332.44      -                0.00   = ....              $1,119,332.44
                            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                               face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                    | $1,119,332.44 |

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**Four office desks** | $0.00 | | $1,600.00 |
| | **Chairs** | $0.00 | | $200.00 |
| | **Miscellaneous filing cabinets** | $0.00 | | $300.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Plotter printer** | $0.00 | | $900.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Debtor   **Riconda Maintenance, Inc.**                        Case number *(if known)*
_____
Name

collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                      | $3,000.00 |
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**
       **Claim against Manzoor Ahmed for corporate waste,**                      **Unknown**
       **breach of fiduciary duty, etc.**
       _____
       Nature of claim
       **Amount requested**                    $0.00
                                    _____

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    __Riconda Maintenance, Inc._____    Case number *(If known)* _____
                    Name

**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
        country club membership

78.    **Total of Part 11.**                                                                    | $0.00 |
        Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Debtor    **Riconda Maintenance, Inc.**                                    Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,422.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,119,332.44 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,146,754.60 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,146,754.60 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **Riconda Maintenance, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**  **List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **OnDeck** | Describe debtor's property that is subject to a lien | $200,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**901 N Stuart Street, Ste 700
Attn: Director of
Operations
Arlington, VA 22203**
Creditor's mailing address

**All assets**

Describe the lien
**UCC 1**

Is the creditor an insider or related party?

■ No
☐ Yes

_____
Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $200,000.00

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **OnDeck**
**901 N Stuart Street, Ste 700**
**Attn: Jessica Foulk**
**Arlington, VA 22203** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name   **Riconda Maintenance, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**1802-05 7th Avenue HDFC**<br>**c/o HSC Management Corp.**<br>**850 Bronx River Parkway, #108**<br>**Bronxville, NY 10708**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**211 West 21st Street LLC**<br>**c/o Sidney Rubell Co.**<br>**348 W 23rd Street #2F**<br>**New York, NY 10011**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**330 Third Avenue Owners' Corp.**<br>**c/o Levin & Glasser, P.C.**<br>**Attn: Jay Ginsberg, Esq.**<br>**420 Lexington Ave., Ste 2818**<br>**New York, NY 10170**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**48 Wall LLC**<br>**Helmsley Spear, LLC A/A/F**<br>**444 MAdison Avenue, Ste. 300**<br>**New York, NY 10022**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | **Riconda Maintenance, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $164,960.00 |
|---|---|---|---|
| | **A&Z Restoration/Syed Aamir Irfan**<br>**560 Main Street**<br>**#717**<br>**New York, NY 10044** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Alleged services rendered** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105,000.00 |
|---|---|---|---|
| | **AJR Consulting LLC**<br>**173 Rochelle Street**<br>**Bronx, NY 10464** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,410.84 |
|---|---|---|---|
| | **Allstate Insurance Company**<br>**A/S/O Lorraine N. Liebman**<br>**c/o Stuttman Law Group, P.C.**<br>**100 Manhattanville Road, Ste 4E20**<br>**Purchase, NY 10577** | ☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125,000.00 |
|---|---|---|---|
| | **Banot 3 Realty LLC**<br>**1333A North Ave.**<br>**P.O. Box 756**<br>**New Rochelle, NY 10804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,835.56 |
|---|---|---|---|
| | **Beacon Building Products**<br>**Attn: Terry Froller**<br>**1 Enterprise Place**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|
| | **Big A Ironworks**<br>**26-40 3rd Street**<br>**Astoria, NY 11102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Brown Harris Stevens Residential Mgmt.**<br>**700 Lexington Avenue**<br>**New York, NY 10065** | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| Debtor | **Riconda Maintenance, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**C & R Sheet Metal**
**169 Lombardy Street**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Camille Riconda**
**46 Indian Wells Rd**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __loan__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,041.00** |
|---|---|---|---|

**Citywide Restoration/Masroor Ahmed**
**c/o Sana Tax**
**3728 56th Street**
**Woodside, NY 11377**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: __Alleged services rendered__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,000.00** |
|---|---|---|---|

**Dolmen JDR Restoration Corp.**
**6108 Third Avenue**
**Brooklyn, NY 11220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Douglas Elliman Property Management**
**675 Third Avenue**
**New York, NY 10017**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$330,000.00** |
|---|---|---|---|

**Everest Scaffolding**
**1150 Longwood Avenue**
**Bronx, NY 10474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$265,000.00** |
|---|---|---|---|

**Extech Building Materials, Inc.**
**43-87 Vernon Blvd.**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Riconda Maintenance, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Fourth Universalist Society**
**160 Central Park West**
**New York, NY 10023**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,000.00** |
|---|---|---|---|

**George Reithoffer**
**233 E. 69th Street**
**Apt. 11A**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Gomez 52 Restoration Corp.**
**35-34 99Th Street, Suite 3F**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Gumley Haft**
**1501 Broadway, Ste. 1001**
**New York, NY 10036**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Hi Tech Builders**
**14955 122nd Place**
**South Ozone Park, NY 11420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|

**Jose Santamaria**
**571 Quinton Avenue**
**Kenilworth, NJ 07033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|

**Kaare Stokdal**
**53 Plymouth Ave.**
**Kingston, NY 12401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| | | |
|---|---|---|
| Debtor | **Riconda Maintenance, Inc.** | Case number (if known) _____ |
| | Name | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150,000.00** |
|---|---|---|---|
| | **Kings NY Corp.** | ☐ Contingent | |
| | **120-05 Atlantic Avenue, Suite 2** | ☐ Unliquidated | |
| | **Richmond Hill, NY 11418** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Levin & Glasser, P.C.** | ☐ Contingent | |
| | **Attn: Jay Ginsberg, Esq.** | ☐ Unliquidated | |
| | **420 Lexington Avenue, Ste. 2818** | ☐ Disputed | |
| | **New York, NY 10170** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$111,000.00** |
|---|---|---|---|
| | **Manzoor Ahmed** | ☐ Contingent | |
| | **24-12 27 Street** | ☐ Unliquidated | |
| | **Long Island City, NY 11101** | ■ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Loan from Shareholder** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,000.00** |
|---|---|---|---|
| | **Maqsood Ahmed** | ☐ Contingent | |
| | **560 Main Street** | ■ Unliquidated | |
| | **Apt. 748** | ■ Disputed | |
| | **New York, NY 10044** | | |
| | Date(s) debt was incurred __ | Basis for the claim: **Services rendered** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00** |
|---|---|---|---|
| | **MBZ Restoration Corp.** | ☐ Contingent | |
| | **24-10 27 Street** | ☐ Unliquidated | |
| | **Astoria, NY 11102** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,000.00** |
|---|---|---|---|
| | **Michael Sulla** | ☐ Contingent | |
| | **42 Shadow Lane** | ☐ Unliquidated | |
| | **New Canaan, CT 06840** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|
| | **MW Restoration** | ☐ Contingent | |
| | **342 East 149 Street, #4E** | ☐ Unliquidated | |
| | **Bronx, NY 10451** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Riconda Maintenance, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
| | **New York Insulation** | ☐ Contingent | |
| | **58-48 59th Street** | ☐ Unliquidated | |
| | **Maspeth, NY 11378** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$147,000.00** |
| | **OnDeck** | ☐ Contingent | |
| | **ODK Capital, LLC** | ☐ Unliquidated | |
| | **901 N. Stuart Street, Floor 7** | ☐ Disputed | |
| | **Arlington, VA 22203** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Orsid Realty Corp.** | ☐ Contingent | |
| | **156 West 56th Street, 6th Floor** | ■ Unliquidated | |
| | **New York, NY 10019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
| | **Quantum Safety and Design** | ☐ Contingent | |
| | **124-14 Metropolitan Avenue** | ☐ Unliquidated | |
| | **Kew Gardens, NY 11415** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Realty Operations Group** | ☐ Contingent | |
| | **30 W 57th Street, 7th Floor** | ■ Unliquidated | |
| | **New York, NY 10019** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
| | **Rigging Consultants Inc.** | ☐ Contingent | |
| | **555 Longfellow Avenue** | ☐ Unliquidated | |
| | **Bronx, NY 10474** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
| | **S & J Sheet Metal** | ☐ Contingent | |
| | **608 East 133 Street** | ☐ Unliquidated | |
| | **Bronx, NY 10454** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Riconda Maintenance, Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290,846.00 |
| --- | --- | --- | --- |

**Shehla Manzoor**
**24-12 27 Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
| --- | --- | --- | --- |

**Smart Restoration Corp.**
**95-09 41 Street, Apt. 3D**
**Elmhurst, NY 11373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $260,000.00 |
| --- | --- | --- | --- |

**Thomas J. Riconda**
**46 Indian Wells Rd**
**Brewster, NY 10509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Shareholder loans**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |
| --- | --- | --- | --- |

**Winstar Restoration**
**132 Wildcat RD**
**Monticello, NY 12701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,000.00 |
| --- | --- | --- | --- |

**York Scaffolding**
**37-20 12th Street**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Fuchs Rosenzweig PLLC**<br>**11 Broadway, Ste 570**<br>**New York, NY 10004** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Mohammad Ali, Esq.**<br>**430 W. Merrick Road**<br>**Suite 9**<br>**Valley Stream, NY 11580** | Line  **3.28**<br><br>☐ Not listed. Explain ____ | __ |

---

| Debtor | **Riconda Maintenance, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.3 | **Mohammad Ali, Esq.**<br>**430 W. Merrick Road**<br>**Suite 9**<br>**Valley Stream, NY 11580** | Line __3.29__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Sanjay Chaubey, Esq.**<br>**420 Lexington Avenue**<br>**Suite 2148**<br>**New York, NY 10170** | Line __3.28__<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Sanjay Chaubey, Esq.**<br>**420 Lexington Avenue**<br>**Suite 2148**<br>**New York, NY 10170** | Line __3.29__<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $ | 3,267,093.40 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 3,267,093.40 |

**Fill in this information to identify the case:**

Debtor name    **Riconda Maintenance, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ■ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**       **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.1   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract   _____    _____

2.2   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract   _____    _____

2.3   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract   _____    _____

2.4   State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract   _____    _____

**Fill in this information to identify the case:**

Debtor name  **Riconda Maintenance, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

Schedule H: Your Codebtors

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Riconda Maintenance, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known):

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☑ Operating a business<br>☐ Other | $3,989,436.99 |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☑ Operating a business<br>☐ Other | $4,609,280.00 |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ☑ Operating a business<br>☐ Other | $8,492,542.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | Riconda Maintenance, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **SEE ATTACHED SCHEDULE** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Manzoor Ahmed**<br><br>**Former officer, shareholder** | approximate amount | $219,400.40 | **loan repayments** |
| 4.2.   **Thomas Riconda**<br><br>Officer, shareholder | | $54,500.00 | **Loan repayments** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Allstate Insurance Company a/s/o Liebman v. Riconda Maintenance, Inc.**<br>**156451/2021** | **Insurance claim** | **Supreme Court, County of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

ANSWER 3 TO STATEMENT OF FINANCIAL AFFAIRS

| Details | Posting Date | Description Payee | Amount | Type | Balance | Check or Slip # |
|---|---|---|---|---|---|---|
| DEBIT | 11/4/2021 | FEDEX 429 FEDEX | -62.79 | DEBIT_CARD | 3156.1 | |
| DEBIT | 11/4/2021 | NORTON * NORTON ANTI-VIRUS | -102.95 | DEBIT_CARD | 3218.89 | |
| DEBIT | 11/4/2021 | FEDEX 429 FEDEX | -57.7 | DEBIT_CARD | 3321.84 | |
| DEBIT | 11/3/2021 | ORIG CO N COMMENITY CREDIT CARD | -438 | ACH_DEBIT | 3379.54 | |
| DEBIT | 11/2/2021 | ORIG CO N ON DECK | -3865.38 | ACH_DEBIT | 3817.54 | |
| DEBIT | 11/2/2021 | ORIG CO N CAPITAL ONE | -3000 | ACH_DEBIT | 7682.92 | |
| DEBIT | 11/2/2021 | ORIG CO N OSCAR HEALTH INSURANCE | -2420.74 | ACH_DEBIT | 10682.92 | |
| DEBIT | 11/2/2021 | ORIG CO N OSCAR HEALTH INSURANCE | -2450.1 | ACH_DEBIT | 13103.66 | |
| CHECK | 11/1/2021 | CHECK 120 DOLMEN JDR RESTORATION | 4000 | CHECK_PAID | 15553.76 | 1202 |
| CHECK | 11/1/2021 | CHECK 113 AJR CONSULTING LLC | -2500 | CHECK_PAID | 19553.76 | 1132 |
| DEBIT | 11/1/2021 | ORIG CO N SUPPORTING STRATEGIES | -25.5 | ACH_DEBIT | 22053.76 | |
| DEBIT | 11/1/2021 | FEDEX 428 FEDEX | -42.5 | DEBIT_CARD | 22079.26 | |
| DEBIT | 10/29/2021 | MONTHLY SERVICE FEE | -17 | FEE_TRANSACTION | 22121.76 | |
| DEBIT | 10/29/2021 | FEDEX 428 FEDEX | -63.37 | DEBIT_CARD | 22138.76 | |
| DSLIP | 10/29/2021 | DEPOSIT ID NUMBER 6735 | 8200 | DEPOSIT | 22202.13 | |
| DEBIT | 10/28/2021 | IN *LIBERT LIBERTY CONTRACTING | -6180.01 | DEBIT_CARD | 14002.13 | |
| DEBIT | 10/27/2021 | OFFICIAL CHECKS CHARGE | -8 | FEE_TRANSACTION | 20182.14 | |
| CHECK | 10/27/2021 | CHECK 119 CASH (EXPENSES) | -900 | CHECK_PAID | 20190.14 | 1198 |
| DEBIT | 10/27/2021 | WITHDRAWAL 10/27 | -30000 | MISC_DEBIT | 21090.14 | |
| CHECK | 10/27/2021 | CHECK 120 MBZ RESTORATION CORP. | -30000 | CHECK_PAID | 51090.14 | 1200 |
| CHECK | 10/27/2021 | CHECK 119 BAY RIDGE BUILDING CONSU | -5680 | CHECK_PAID | 81090.14 | 1199 |
| CHECK | 10/27/2021 | CHECK 119 RRC CAR REPAIR | -712.32 | CHECK_PAID | 86770.14 | 1196 |
| DEBIT | 10/26/2021 | ORIG CO NAME:AMERICAN EXPRESS | -4291.47 | ACH_DEBIT | 87482.46 | |
| DEBIT | 10/26/2021 | ORIG CO NAME:ONDECK CAPITAL13 | -3865.38 | ACH_DEBIT | 91773.93 | |
| DSLIP | 10/26/2021 | DEPOSIT ID NUMBER 18748 | 73557 | DEPOSIT | 95639.31 | |
| DEBIT | 10/25/2021 | CCS NEW JI EZ PASS | -315.05 | DEBIT_CARD | 22082.31 | |
| DEBIT | 10/25/2021 | E-Z*PASSM EZ PASS | -10.17 | DEBIT_CARD | 22397.36 | |
| DEBIT | 10/25/2021 | DAVINCI VI DAVINCI | -84 | DEBIT_CARD | 22407.53 | |
| DEBIT | 10/25/2021 | FEDEX 427 FEDEX | -28.58 | DEBIT_CARD | 22491.53 | |
| CHECK | 10/22/2021 | CHECK 119 THOMAS J. RICONDA (EXPEN | -5000 | CHECK_PAID | 22520.11 | 1197 |
| DEBIT | 10/22/2021 | VZWRLSS*IVR VB 800-922-0204 FL | -3696.45 | DEBIT_CARD | 27520.11 | |
| DSLIP | 10/22/2021 | DEPOSIT ID NUMBER 32613 | 26254.34 | DEPOSIT | 31216.56 | |
| CHECK | 10/21/2021 | CHECK 119 KEEVILY SPERO WHITELAW I | -7837.6 | CHECK_PAID | 4962.22 | 1195 |
| DEBIT | 10/21/2021 | FEDEX 427 FEDEX | -26.95 | DEBIT_CARD | 12799.82 | |
| DEBIT | 10/19/2021 | ORIG CO N ON DECK | -2512.5 | ACH_DEBIT | 12826.77 | |
| DSLIP | 10/19/2021 | DEPOSIT ID NUMBER 82850 | 15074.44 | DEPOSIT | 15339.27 | |
| DEBIT | 10/18/2021 | ORIG CO N SUPPORTING STRATEGIES | -936.05 | ACH_DEBIT | 264.83 | |
| CHECK | 10/18/2021 | CHECK 118 DOLMEN JDR RESTORATION | -7000 | CHECK_PAID | 1200.88 | 1185 |
| DEBIT | 10/18/2021 | FEDEX 427 FEDEX | -28.39 | DEBIT_CARD | 8200.88 | |
| DEBIT | 10/15/2021 | FEDEX 426 FEDEX | -33.84 | DEBIT_CARD | 8229.27 | |
| CHECK | 10/14/2021 | CHECK 114 STRONGWALL INSUTRIES IN | -2062 | CHECK_PAID | 8263.11 | 1145 |
| CHECK | 10/13/2021 | CHECK 119 AAMIR SYED | -5000 | CHECK_PAID | 10325.11 | 1190 |
| CHECK | 10/13/2021 | CHECK 119 KEEVILY SPERO WHITELAW I | -40000 | CHECK_PAID | 15325.11 | 1194 |
| DEBIT | 10/13/2021 | FEDEX 426 FEDEX | -56.92 | DEBIT_CARD | 55325.11 | |
| DEBIT | 10/12/2021 | OFFICIAL CHECKS CHARGE | -8 | FEE_TRANSACTION | 55382.03 | |
| CHECK | 10/12/2021 | CHECK 119 AJR CONSULTING LLC | -5000 | CHECK_PAID | 55390.03 | 1192 |
| CHECK | 10/12/2021 | CHECK 119 ANDREW RICONDA (CREDIT | -5000 | CHECK_PAID | 60390.03 | 1193 |
| CHECK | 10/12/2021 | CHECK 118 BAY RIDGE BUILDING CONSU | -5200 | CHECK_PAID | 65390.03 | 1183 |
| CHECK | 10/12/2021 | CHECK 118 YATES RESTORATION INC. | -28795 | CHECK_PAID | 70590.03 | 1188 |
| DEBIT | 10/12/2021 | ORIG CO NAME:ONDECK CAPITAL13 | -2512.5 | ACH_DEBIT | 99385.03 | |
| CHECK | 10/12/2021 | CHECK 118 THOMAS J. RICONDA (LOAN | -12500 | CHECK_PAID | 101897.5 | 1186 |
| CHECK | 10/12/2021 | CHECK 118 THOMAS J. RICONDA (EXPEN | -7450 | CHECK_PAID | 114397.5 | 1187 |
| DEBIT | 10/12/2021 | JACK JAFFA JAFFA & ASSOCIATES | -400 | DEBIT_CARD | 121847.5 | |
| DEBIT | 10/12/2021 | CVS/PHARI CVS-PRESCRIPTIONS | -83.9 | DEBIT_CARD | 122247.5 | |

| Type | Date | Description | Amount | Category | Balance | Check # |
|---|---|---|---|---|---|---|
| DEBIT | 10/12/2021 | LOGMEIN* GO TO MY PC | -82.13 | DEBIT_CARD | 122331.4 | |
| DEBIT | 10/12/2021 | WITHDRAWAL 10/12 | -28795 | MISC_DEBIT | 122413.6 | |
| DEBIT | 10/12/2021 | FEDEX 426 FEDEX | -33.68 | DEBIT_CARD | 151208.6 | |
| DSLIP | 10/8/2021 | DEPOSIT ID NUMBER 18898 | 124091.6 | DEPOSIT | 151242.2 | |
| CREDIT | 10/7/2021 | ORIG CO NAME:YATES RESTORATIO | 28795 | ACH_CREDIT | 27150.69 | |
| DEBIT | 10/5/2021 | INSUFFICIENT FUNDS FEE FOR A $2,512 | -34 | FEE_TRANSACTION | -1644.31 | |
| DEBIT | 10/5/2021 | ORIG CO NAME:ONDECK CAPITAL13 | -2512.5 | ACH_DEBIT | -1610.31 | |
| DEBIT | 10/4/2021 | OFFICIAL CHECKS CHARGE | -8 | FEE_TRANSACTION | 902.19 | |
| DEBIT | 10/4/2021 | WITHDRAWAL 10/04 | -95000 | MISC_DEBIT | 910.19 | |
| DEBIT | 10/4/2021 | FEDEX 425673507 800-4633339 TN | -62.37 | DEBIT_CARD | 95910.19 | |
| DEBIT | 10/4/2021 | ORIG CO N. SUPPORTING STRATEGIES | -501.5 | ACH_DEBIT | 95972.56 | |
| CREDIT | 10/4/2021 | NYJ REFUND OF MONTHLY SERVICE FEE | 17.6 | REFUND_TRANSACTIC | 96474.06 | |
| DEBIT | 10/1/2021 | ORIG CO N. OSCAR HEALTH INSURANCE | -2420.74 | ACH_DEBIT | 96456.46 | |
| DEBIT | 10/1/2021 | ORIG CO N. OSCAR HEALTH INSURANCE | -2450.1 | ACH_DEBIT | 98877.2 | |
| DSLIP | 10/1/2021 | DEPOSIT ID NUMBER 67732 | 100496 | DEPOSIT | 101327.3 | |
| DEBIT | 9/30/2021 | MONTHLY SERVICE FEE | -17.6 | FEE_TRANSACTION | 831.3 | |
| CHECK | 9/30/2021 | CHECK 116 EXTECH BUILDING MATERIA | -4991.85 | CHECK_PAID | 848.9 | 1169 |
| DEBIT | 9/30/2021 | IN *BOYD C BOYD CONSULTING | -250 | DEBIT_CARD | 5840.75 | |
| DEBIT | 9/30/2021 | IN *BOYD C BOYD CONSULTING | -400 | DEBIT_CARD | 6090.75 | |
| DEBIT | 9/29/2021 | ORIG CO N. DOT PERMIT | -240 | ACH_DEBIT | 6490.75 | |
| DEBIT | 9/29/2021 | ORIG CO N. DOT PERMIT | -290 | ACH_DEBIT | 6730.75 | |
| DEBIT | 9/29/2021 | ORIG CO N. DOT PERMIT | -290 | ACH_DEBIT | 7020.75 | |
| DEBIT | 9/29/2021 | STAPLES DI STAPLES | -610.75 | DEBIT_CARD | 7310.75 | |
| DEBIT | 9/28/2021 | ORIG CO N. ON DECK | -2512.5 | ACH_DEBIT | 7921.5 | |
| CHECK | 9/27/2021 | CHECK 117 MIGUEL PILLICOREMA (1099 | -1000 | CHECK_PAID | 10434 | 1176 |
| CHECK | 9/27/2021 | CHECK 117 JOSE AVILAS (1099) | -1000 | CHECK_PAID | 11434 | 1179 |
| DEBIT | 9/27/2021 | FEDEX 424 FEDEX | -200.28 | DEBIT_CARD | 12434 | |
| DEBIT | 9/27/2021 | ORIG CO N. CAPITAL ONE | -3000 | ACH_DEBIT | 12634.28 | |
| DEBIT | 9/27/2021 | FEDEX 424 FEDEX | -56.26 | DEBIT_CARD | 15634.28 | |
| CHECK | 9/24/2021 | CHECK 117 MOHAMMAD ZILU (1099) | -1500 | CHECK_PAID | 15690.54 | 1173 |
| CHECK | 9/24/2021 | CHECK 117 AMRUL ISLAM (1099) | -240 | CHECK_PAID | 17190.54 | 1175 |
| CHECK | 9/24/2021 | CHECK 118 JOSE SANTAMARIA | -8000 | CHECK_PAID | 17430.54 | 1182 |
| DEBIT | 9/24/2021 | OPTIMUM OPTIMUM | -435.63 | DEBIT_CARD | 25430.54 | |
| DEBIT | 9/24/2021 | DAVINCI VI DAVINCI | -383 | DEBIT_CARD | 25866.17 | |
| CHECK | 9/23/2021 | CHECK 118 ZIA ABBASI (1099) | -449 | CHECK_PAID | 26249.17 | 1180 |
| CHECK | 9/23/2021 | CHECK 117 ARSHAD MAHMOOD (1099) | -1000 | CHECK_PAID | 26698.17 | 1174 |
| CHECK | 9/23/2021 | CHECK 117 MAQSOOD AHMED (1099) | -1500 | CHECK_PAID | 27698.17 | 1178 |
| CHECK | 9/23/2021 | CHECK 118 BAY RIDGE BUILDING CONSL | -4660 | CHECK_PAID | 29198.17 | 1184 |
| CHECK | 9/23/2021 | CHECK 117 ELIZAR ABREAU | -1500 | CHECK_PAID | 33858.17 | 1177 |
| CHECK | 9/23/2021 | CHECK 116 MW RESTORATION | -25000 | CHECK_PAID | 35358.17 | 1167 |
| DSLIP | 9/23/2021 | DEPOSIT ID NUMBER 67967 | 4400 | DEPOSIT | 60358.17 | |
| CHECK | 9/22/2021 | CHECK 115 NYC DEPT. OF BUILDINGS | -100 | CHECK_PAID | 55958.17 | 1150 |
| CHECK | 9/22/2021 | CHECK 117 AJR CONSULTING LLC | -5000 | CHECK_PAID | 56058.17 | 1172 |
| CHECK | 9/22/2021 | CHECK 117 CANDELA RESTORATION | -12000 | CHECK_PAID | 61058.17 | 1170 |
| DEBIT | 9/21/2021 | ORIG CO NAME:ONDECK CAPITAL13 | -2512.5 | ACH_DEBIT | 73058.17 | |
| CHECK | 9/21/2021 | CHECK 116 DOLMEN JDR RESTORATION | -10000 | CHECK_PAID | 75570.67 | 1168 |
| CHECK | 9/21/2021 | CHECK 116 MIGUEL PILLICOREMA (1099 | -1000 | CHECK_PAID | 85570.67 | 1166 |
| DEBIT | 9/21/2021 | ORIG CO NAME:NYC BUILDINGS      OI | -100 | ACH_DEBIT | 86570.67 | |
| CHECK | 9/20/2021 | CHECK 114 QUANTUM DESIGN AND SAI | -4000 | CHECK_PAID | 86670.67 | 1143 |
| DEBIT | 9/20/2021 | ORIG CO N. CAPITAL ONE | -2000 | ACH_DEBIT | 90670.67 | |
| DEBIT | 9/20/2021 | ORIG CO N. SUPPORTING STRATEGIES | -2282.16 | ACH_DEBIT | 92670.67 | |
| DSLIP | 9/20/2021 | DEPOSIT ID NUMBER 107703 | 4680 | DEPOSIT | 94952.83 | |
| DSLIP | 9/20/2021 | DEPOSIT ID NUMBER 332831 | 20000 | DEPOSIT | 90272.83 | |
| DSLIP | 9/20/2021 | DEPOSIT ID NUMBER 107705 | 62674.59 | DEPOSIT | 70272.83 | |
| DEBIT | 9/17/2021 | FEDEX 423 FEDEX | -33.53 | DEBIT_CARD | 7598.24 | |

| | | | | | |
|---|---|---|---|---|---|
| DEBIT | 9/17/2021 | FEDEX 941( FEDEX | -33.22 | DEBIT_CARD | 7631.77 | |
| CHECK | 9/16/2021 | CHECK 116 ZIA ABBASI (1099) | -1000 | CHECK_PAID | 7664.99 | 1164 |
| CHECK | 9/16/2021 | CHECK 116 AMRUL ISLAM (1099) | -1000 | CHECK_PAID | 8664.99 | 1162 |
| CHECK | 9/16/2021 | CHECK 116 ARSHAD MAHMOOD (1099) | -1500 | CHECK_PAID | 9664.99 | 1163 |
| CHECK | 9/15/2021 | CHECK 115 MOHAMMAD ZILU (1099) | -2000 | CHECK_PAID | 11164.99 | 1159 |
| DEBIT | 9/15/2021 | USPS PO 3! USPS | -15.65 | DEBIT_CARD | 13164.99 | |
| CHECK | 9/15/2021 | CHECK 116 ELIAZAR ABREAU (1099) | -1500 | CHECK_PAID | 13180.64 | 1165 |
| CHECK | 9/15/2021 | CHECK 116 MAQSOOD AHMED (1099) | -1500 | CHECK_PAID | 14680.64 | 1161 |
| CHECK | 9/15/2021 | CHECK 112 JOSE AVILAS (1099) | -1500 | CHECK_PAID | 16180.64 | 1123 |
| CHECK | 9/15/2021 | CHECK 115 D & N SERVICES | -13097.3 | CHECK_PAID | 17680.64 | 1158 |
| DEBIT | 9/15/2021 | ORIG CO N. CITICARD | -348.98 | ACH_DEBIT | 30777.9 | |
| DEBIT | 9/15/2021 | FEDEX 423: FEDEX | -28.57 | DEBIT_CARD | 31126.88 | |
| CHECK | 9/14/2021 | CHECK 115 MOHAMMAD ZILU (1099) | -900 | CHECK_PAID | 31155.45 | 1151 |
| CHECK | 9/13/2021 | CHECK 115 ZIA ABBASI (1099) | -530 | CHECK_PAID | 32055.45 | 1154 |
| CHECK | 9/13/2021 | CHECK 115 MIGUEL PILLICOREMA (109! | -800 | CHECK_PAID | 32585.45 | 1155 |
| CHECK | 9/13/2021 | CHECK 115 ARSHAD MAHMOOD (1099) | -900 | CHECK_PAID | 33385.45 | 1152 |
| CHECK | 9/13/2021 | CHECK 115 AMRUL ISLAM (1099) | -940 | CHECK_PAID | 34285.45 | 1153 |
| CHECK | 9/13/2021 | CHECK 115 MAQSOOD AHMED (1099) | -900 | CHECK_PAID | 35225.45 | 1157 |
| CHECK | 9/13/2021 | CHECK 115 ELIAZAR ABREAU (1099) | -900 | CHECK_PAID | 36125.45 | 1156 |
| DEBIT | 9/13/2021 | ORIG CO N. SUPPORTING STRATEGIES | -0.99 | ACH_DEBIT | 37025.45 | |
| DEBIT | 9/13/2021 | ORIG CO N. SUPPORTING STRATEGIES | -199.66 | ACH_DEBIT | 37026.44 | |
| DEBIT | 9/13/2021 | FEDEX 423: FEDEX | -36.01 | DEBIT_CARD | 37226.1 | |
| CREDIT | 9/13/2021 | ORIG CO N. SUPPORTING STRATEGIES | 0.99 | ACH_CREDIT | 37262.11 | |
| DSLIP | 9/13/2021 | DEPOSIT  ID NUMBER 332599 | 29421 | DEPOSIT | 37261.12 | |
| CHECK | 9/10/2021 | CHECK 112 EXTECH BUILDING MATERIA | -3955.49 | CHECK_PAID | 7840.12 | 1127 |
| CHECK | 9/10/2021 | CHECK 112 EXTECH BUILDING MATERIA | -3438.71 | CHECK_PAID | 11795.61 | 1126 |
| DEBIT | 9/10/2021 | ORIG CO N. DEPT OF BUILDINGS | -100 | ACH_DEBIT | 15234.52 | |
| CHECK | 9/9/2021 | CHECK 114 VALERI KIANO (1099) | -2000 | CHECK_PAID | 15334.52 | 1146 |
| CHECK | 9/9/2021 | CHECK 108 CANDELA RESTORATION | -6000 | CHECK_PAID | 17334.52 | 1087 |
| CHECK | 9/9/2021 | CHECK 114 RIGGING  CONSULTATANTS | -5000 | CHECK_PAID | 23334.52 | 1144 |
| DEBIT | 9/8/2021 | ORIG CO NAME:GLICNYAARP          OR | -452.48 | ACH_DEBIT | 28334.52 | |
| DEBIT | 9/8/2021 | ORIG CO NAME:GLICNYAARP          OR | -457.06 | ACH_DEBIT | 28787 | |
| DEBIT | 9/8/2021 | ORIG CO NAME:COMENITY PAY IL      C | -500 | ACH_DEBIT | 29244.06 | |
| DEBIT | 9/8/2021 | NEW YORK NYDMV | -3 | DEBIT_CARD | 29744.06 | |
| DEBIT | 9/8/2021 | ALPINE SN( ALPINE SNOWGUARDS | -5005.82 | DEBIT_CARD | 29747.06 | |
| DSLIP | 9/8/2021 | DEPOSIT  ID NUMBER 332679 | 5661.5 | DEPOSIT | 34752.88 | |
| DEBIT | 9/7/2021 | ORIG CO N. CAPITAL ONE | -3500 | ACH_DEBIT | 29091.38 | |
| CHECK | 9/7/2021 | CHECK 112 ELIAZAR ABREAU (1099) | -1500 | CHECK_PAID | 32591.38 | 1121 |
| CHECK | 9/7/2021 | CHECK 113 MW RESTORATION | -25000 | CHECK_PAID | 34091.38 | 1139 |
| CHECK | 9/7/2021 | CHECK 113 DISCOVER CARD | -902.57 | CHECK_PAID | 59091.38 | 1131 |
| CHECK | 9/7/2021 | CHECK 113 AMERICAN EXPRESS | -1933.87 | CHECK_PAID | 59993.95 | 1133 |
| CHECK | 9/7/2021 | CHECK 113 JOSE SANTAMARIA | -8000 | CHECK_PAID | 61927.82 | 1138 |
| CHECK | 9/3/2021 | CHECK 112 NY DOB | -100 | CHECK_PAID | 69927.82 | 1129 |
| CHECK | 9/3/2021 | CHECK 106 EXTECH BUILDING MATERIA | -2037.64 | CHECK_PAID | 70027.82 | 1065 |
| CHECK | 9/3/2021 | CHECK 114 CANDELA RESTORATION | -7000 | CHECK_PAID | 72065.46 | 1142 |
| CHECK | 9/3/2021 | CHECK 114 CANDELA RESTORATION | -4225 | CHECK_PAID | 79065.46 | 1140 |
| DEBIT | 9/3/2021 | ORIG CO NAME:Wilkin & Guttenp     Ol | -2500 | ACH_DEBIT | 83290.46 | |
| DEBIT | 9/3/2021 | ORIG CO NAME:BEACON BUILDING | -6107.96 | ACH_DEBIT | 85790.46 | |
| DEBIT | 9/2/2021 | DOMESTIC WIRE FEE | -35 | FEE_TRANSACTION | 91898.42 | |
| CHECK | 9/2/2021 | CHECK 114 BAY RIDGE BUILDING CONSl | -2250 | CHECK_PAID | 91933.42 | 1148 |
| CHECK | 9/2/2021 | CHECK 114 BAY RIDGE BUILDING CONSl | -4300 | CHECK_PAID | 94183.42 | 1147 |
| CHECK | 9/2/2021 | CHECK 114 BAY RIDGE BUILDING CONSl | -340 | CHECK_PAID | 98483.42 | 1149 |
| CHECK | 9/2/2021 | CHECK 112 DOLMEN JDR RESTORATION | -800 | CHECK_PAID | 98823.42 | 1125 |
| CHECK | 9/2/2021 | CHECK 113 DOLMEN JDR RESTORATION | -11000 | CHECK_PAID | 99623.42 | 1137 |
| DEBIT | 9/2/2021 | DOMESTIC WIRE TRANSFER VIA: PEOPLI | -5783.69 | WIRE_OUTGOING | 110623.4 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| CHECK | 9/2/2021 | CHECK 111 MIGUEL PILLICOREMA (1099 | -1500 | CHECK_PAID | 116407.1 | 1115 |
| CHECK | 9/2/2021 | CHECK 111 ZIA ABBASI (1099) | -1500 | CHECK_PAID | 117907.1 | 1118 |
| CHECK | 9/2/2021 | CHECK 108 MW RESTORATION | -40000 | CHECK_PAID | 119407.1 | 1086 |
| CHECK | 9/1/2021 | CHECK 112 AMRUL ISLAM (1099) | -1500 | CHECK_PAID | 159407.1 | 1120 |
| CHECK | 9/1/2021 | CHECK 111 MANUEL JARA (1099) | -2000 | CHECK_PAID | 160907.1 | 1117 |
| CHECK | 9/1/2021 | CHECK 113 AJR CONSULTING LLC | -5000 | CHECK_PAID | 162907.1 | 1134 |
| DEBIT | 9/1/2021 | ORIG CO N. OSCAR HEALTH INSURANCE | -2420.74 | ACH_DEBIT | 167907.1 | |
| DEBIT | 9/1/2021 | ORIG CO N. OSCAR HEALTH INSURANCE | -2450.1 | ACH_DEBIT | 170327.9 | |
| DEBIT | 8/31/2021 | MONTHLY SERVICE FEE | -10.4 | FEE_TRANSACTION | 172778 | |
| CHECK | 8/31/2021 | CHECK 111 MOHAMMAD ZILU (1099) | -1500 | CHECK_PAID | 172788.4 | 1114 |
| CHECK | 8/31/2021 | CHECK 111 ARSHAD MAHMOOD (1099) | -1500 | CHECK_PAID | 174288.4 | 1119 |
| CHECK | 8/31/2021 | CHECK 111 KINGS GROUP NY CORP. | -10000 | CHECK_PAID | 175788.4 | 1112 |
| CHECK | 8/31/2021 | CHECK 110 BEACON BUILDING PRODUC | -797.73 | CHECK_PAID | 185788.4 | 1107 |
| CHECK | 8/31/2021 | CHECK 112 ELIAZAR ABREAU (1099) | -2000 | CHECK_PAID | 186586.1 | 1122 |
| DEBIT | 8/31/2021 | ORIG CO N. EZ PASS | -900 | MISC_DEBIT | 188586.1 | |
| DEBIT | 8/31/2021 | CHECK    MATERIALS | -2008.38 | MISC_DEBIT | 189486.1 | |
| DEBIT | 8/31/2021 | CHECK    MATERIALS | -3281 | MISC_DEBIT | 191494.5 | |
| DEBIT | 8/31/2021 | CHECK    MATERIALS | -3595.65 | MISC_DEBIT | 194775.5 | |
| DEBIT | 8/31/2021 | CHECK    CASH (EXPENSES) | -4000 | MISC_DEBIT | 198371.1 | |
| DEBIT | 8/31/2021 | CHECK    S & J SHEET METAL | -7500 | MISC_DEBIT | 202371.1 | |
| DEBIT | 8/31/2021 | CHECK    AIA SAFETY CONSULTING IN | -10000 | MISC_DEBIT | 209871.1 | |
| DSLIP | 8/31/2021 | DEPOSIT  ID NUMBER  27611 | 71953.92 | DEPOSIT | 219871.1 | |
| CHECK | 8/25/2021 | CHECK 110 DR. FRANK PINTAURO-MEDI | -175 | CHECK_PAID | 147917.2 | 1102 |
| CHECK | 8/23/2021 | CHECK 109 ZIA ABBASI (1099) | -3000 | CHECK_PAID | 148092.2 | 1093 |
| CHECK | 8/23/2021 | CHECK 109 JOSE AVILAS (1099) | -3000 | CHECK_PAID | 151092.2 | 1098 |
| CHECK | 8/23/2021 | CHECK 109 MANUEL JARA (1099) | -3000 | CHECK_PAID | 154092.2 | 1092 |
| CHECK | 8/23/2021 | CHECK 108 MOHAMMAD ZILU (1099) | -3000 | CHECK_PAID | 157092.2 | 1084 |
| CHECK | 8/23/2021 | CHECK 110 BAY RIDGE BUILDING CONSU | -2250 | CHECK_PAID | 160092.2 | 1109 |
| CHECK | 8/23/2021 | CHECK 109 AAMIR SYED | -10000 | CHECK_PAID | 162342.2 | 1090 |
| CHECK | 8/23/2021 | CHECK 110 DOLMEN JDR RESTORATION | -600 | CHECK_PAID | 172342.2 | 1103 |
| CHECK | 8/23/2021 | CHECK 110 CASH (EXPENSES) | -4000 | CHECK_PAID | 172942.2 | 1100 |
| CHECK | 8/23/2021 | CHECK 109 ARSHAD MAHMOOD (1099) | -3000 | CHECK_PAID | 176942.2 | 1094 |
| CHECK | 8/23/2021 | CHECK 109 MIGUEL PILLICOREMA (1099 | -3000 | CHECK_PAID | 179942.2 | 1091 |
| DEBIT | 8/23/2021 | ORIG CO NAME: DOT CONSTRUCPRMT | -50 | ACH_DEBIT | 182942.2 | |
| DEBIT | 8/23/2021 | ORIG CO NAME: DOT CONSTRUCPRMT | -470 | ACH_DEBIT | 182992.2 | |
| CHECK | 8/20/2021 | CHECK 110 OSCAR LOPEZ (1099) | -3000 | CHECK_PAID | 183462.2 | 1101 |
| CHECK | 8/20/2021 | CHECK 109 MAQSOOD AHMED (1099) | -3000 | CHECK_PAID | 186462.2 | 1096 |
| CHECK | 8/20/2021 | CHECK 108 LUIS TREJO (1099) | -3000 | CHECK_PAID | 189462.2 | 1083 |
| CHECK | 8/20/2021 | CHECK 108 DOLMEN JDR RESTORATION | -10000 | CHECK_PAID | 192462.2 | 1089 |
| CHECK | 8/20/2021 | CHECK 109 ELIAZAR ABREAU (1099) | -3000 | CHECK_PAID | 202462.2 | 1097 |
| DSLIP | 8/20/2021 | DEPOSIT  ID NUMBER 182998 | 150145.5 | DEPOSIT | 205462.2 | |
| DEBIT | 8/19/2021 | OFFICIAL CHECKS CHARGE | -8 | FEE_TRANSACTION | 55316.69 | |
| CHECK | 8/19/2021 | CHECK 108 THOMAS J. RIOCNDA (LOAN | -12000 | CHECK_PAID | 55324.69 | 1088 |
| DEBIT | 8/19/2021 | WITHDRAWAL 08/19 | -6000 | MISC_DEBIT | 67324.69 | |
| DSLIP | 8/19/2021 | DEPOSIT  ID NUMBER 289071 | 31484.3 | DEPOSIT | 73324.69 | |
| CHECK | 8/18/2021 | CHECK 107 KEEVILY SPERO WHITELAW | -32000 | CHECK_PAID | 41840.39 | 1082 |
| DSLIP | 8/18/2021 | DEPOSIT  ID NUMBER 107682 | 66141.33 | DEPOSIT | 73840.39 | |
| DEBIT | 8/16/2021 | ORIG CO NAME: CAPITAL ONE    OR | -4000 | ACH_DEBIT | 7699.06 | |
| DEBIT | 8/13/2021 | ORIG CO NAME: AMERICAN EXPRESS | -2416.55 | ACH_DEBIT | 11699.06 | |
| DEBIT | 8/13/2021 | ORIG CO NAME: ACHIVR VISB    ORI | -4698.07 | ACH_DEBIT | 14115.61 | |
| DEBIT | 8/12/2021 | STOP PAYMENT FEE | -30 | FEE_TRANSACTION | 18813.68 | |
| DEBIT | 8/12/2021 | STOP PAYMENT FEE | -30 | FEE_TRANSACTION | 18843.68 | |
| CHECK | 8/12/2021 | CHECK 107 JOSE SANTAMARIA | -5000 | CHECK_PAID | 18873.68 | 1076 |
| CHECK | 8/12/2021 | CHECK 107 MW RESTORATION | -35000 | CHECK_PAID | 23873.68 | 1078 |
| CHECK | 8/11/2021 | CHECK 107 DOLMEN JDR RESTORATION | -5000 | CHECK_PAID | 58873.68 | 1077 |

| | | | | | |
|---|---|---|---|---|---|
| CHECK | 8/10/2021 | CHECK 107 DAVIDOFF HUTCHER & CITR | -27000 | CHECK_PAID | 63873.68 | 1073 |
| CHECK | 8/10/2021 | CHECK 107 MBZ RESTORATION CORP. | -25000 | CHECK_PAID | 90873.68 | 1075 |
| CHECK | 8/10/2021 | CHECK 107 AJR CONSULTING LLC | -5000 | CHECK_PAID | 115873.7 | 1074 |
| CHECK | 8/9/2021 | CHECK 107 EDWARD I. HILL (APT. DAMA | -1000 | CHECK_PAID | 120873.7 | 1072 |
| DEBIT | 8/9/2021 | ORIG CO N.ECB FINE | -1250 | ACH_DEBIT | 121873.7 | |
| DSLIP | 8/9/2021 | DEPOSIT ID NUMBER 107673 | 123123.7 | | | |
| DEBIT | 8/6/2021 | ORIG CO NAME:E-ZPASS REBILL     OR | -900 | ACH_DEBIT | 5203.63 | |
| CHECK | 8/6/2021 | CHECK 105 ANLP INC. | -4000 | CHECK_PAID | 6103.63 | 1058 |
| CHECK | 8/6/2021 | CHECK 105 THOMAS J. RICONDA (EXPEN | -2100 | CHECK_PAID | 10103.63 | 1053 |
| CHECK | 8/6/2021 | CHECK 104 ALPHA PLATFORMS | -9363.25 | CHECK_PAID | 12203.63 | 1046 |
| DEBIT | 8/4/2021 | DOMESTIC WIRE FEE | -35 | FEE_TRANSACTION | 21566.88 | |
| DEBIT | 8/4/2021 | DOMESTIC WIRE TRANSFER A/C: KEEVIL | -70000 | WIRE_OUTGOING | 21601.88 | |
| CHECK | 8/2/2021 | CHECK 107 MBZ RESTORATION CORP. | -15000 | CHECK_PAID | 91601.88 | 1071 |
| DEBIT | 8/2/2021 | ORIG CO N.DOB | -100 | ACH_DEBIT | 106601.9 | |
| DEBIT | 8/2/2021 | ORIG CO N.DOB | -100 | ACH_DEBIT | 106701.9 | |
| DEBIT | 8/2/2021 | ORIG CO N.DOB | -100 | ACH_DEBIT | 106801.9 | |
| DEBIT | 8/2/2021 | ORIG CO N.DOB | -100 | ACH_DEBIT | 106901.9 | |
| DEBIT | 8/2/2021 | ORIG CO N.OSCAR HEALTH INSURANCE | -2420.74 | ACH_DEBIT | 107001.9 | |
| DEBIT | 8/2/2021 | ORIG CO N.OSCAR HEALTH INSURANCE | -2450.1 | ACH_DEBIT | 109422.6 | |
| DEBIT | 8/2/2021 | ORIG CO N.CAPITAL ONE | -4500 | ACH_DEBIT | 111872.7 | |

Debtor    **Riconda Maintenance, Inc.**                                        Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Ahmed v. Riconda Maintenance, Inc. Et Al.** 724256/2021 | **Breach of contract etc.** | **Supreme Court, Queens County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Derrick Felder v. River Park Bronx Apartments, Inc. et al** 23205/2020E | **Insurance claims** | **Supreme Court Bronx County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Granite State Insurance Company v. Osmar Lopez et al** 653439/2018 | **Insurance claims** | **Supreme Court New York County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Shamsher Singh v. Riconda Maintenance, Inc. et al** 720446/2019 | **Insurance claims** | **Supreme Court Queens County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor    __Riconda Maintenance, Inc.__    Case number _(if known)_ _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Davidoff Hutcher & Citron LLP** **605 Third Avenue** **New York, NY 10158** | | **2/18/21** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Davidoff Hutcher & Citron LLP** **605 Third Avenue** **New York, NY 10158** | | **6/29/21** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Davidoff Hutcher & Citron LLP** **605 Third Avenue** **New York, NY 10158** | | **8/9/21** | **$27,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Riconda Maintenance, Inc. | Case number (if known) |
|--------|---------------------------|------------------------|

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---------|-------------------------------|

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | **JP Morgan Chase Bank** | **XXXX-1619** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/2021 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|-----------------------------------------|-----------------------------------------------|------------------------------|-----------------------|

---

Debtor    **Riconda Maintenance, Inc.**                                        Case number *(if known)* _____

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Riconda Maintenance, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.     **Sana Tax & Bookeeping Service, Inc.** <br> **37-28 56th Street** <br> **Woodside, NY 11377** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.     **Thomas Riconda** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas J. Riconda** | **20 Maple Avenue** <br> **Armonk, NY 10504** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

Debtor    __Riconda Maintenance, Inc._____    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Manzoor Ahmed** | **24-12 27 Street**<br>**Long Island City, NY 11101** | **President and 46% shareholder** | **Through October 8, 2020** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Maqsood Ahmed** | **560 Main Street**<br>**Apt. 748**<br>**New York, NY 10044** | **Secretary, 10% shareholder** | **Through October 8, 2020** |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1 | **Thomas Riconda** | **$25,400** | | **Expense reimbursments** |
| | **Relationship to debtor**<br>**Officer, shareholder** | | | |
| 30.2 | **Andrew Riconda** | **$70,000** | | **Draw - Independent contractor** |
| | **Relationship to debtor**<br>**Brother of officer/shareholder** | | | |
| 30.3 | **Aamir Syed** | **$16,000** | | |
| | **Relationship to debtor**<br>**Relative of former shareolder/officer** | | | |
| 30.4 | **Maqsood Ahmed** | **$12,000** | | |
| | **Relationship to debtor**<br>**former shareholder** | | | |
| 30.5 | **Manzoor Ahmed** | **$30,000** | | |
| | **Relationship to debtor**<br>**former shareholder/officer** | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Riconda Maintenance, Inc.**                                    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 11, 2021**

**/s/ Thomas Riconda**                                    **Thomas Riconda**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                             Chapter 7
                                                   Case No. 21-
RICONDA MAINTENANCE, INC.,

                          Debtor.
--------------------------------------------------------X

## LIST OF EQUITY SECURITY HOLDERS

The undersigned, president of RICONDA MAINTNENCE, INC, hereby declares that the

following list of Equity Security Holders pursuant to Bankruptcy Rule 1007(a)(3) is true and

correct as of the date hereof.

NAME OF EQUITY SECURITY HOLDER        INTEREST     % OWNED

Thomas Riconda                        Shareholder  100%

Dated: November 11, 2021

                          RICONDA MAINTENANCE, INC.


                          By: */s/ Thomas Riconda*
                              Thomas Riconda, President

# United States Bankruptcy Court
## Eastern District of New York

In re    **Riconda Maintenance, Inc.**

Debtor(s)

Case No. _____

Chapter   **7**   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Riconda Maintenance, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 11, 2021**
_____
Date

**/s/ Robert L. Rattet**
_____
**Robert L. Rattet**
Signature of Attorney or Litigant
Counsel for   **Riconda Maintenance, Inc.**
**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200 Fax:212 286 1884**
**rlr@dhclegal.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  Riconda Maintenance, Inc. _____      **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____   JUDGE:_____   DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          *[If closed]* Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN
SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not
be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except
as indicated elsewhere on this form.

/s/ Robert L. Rattet
**Robert L. Rattet**
Signature of Debtor's Attorney
**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200 Fax:212 286 1884**

Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

Mailing Address of Debtor/Petitioner

City, State, Zip Code

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any
other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the
dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise
result.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

IN RE: **Riconda Maintenance, Inc.**

                     Debtor(s)

------------------------------------------------X

Chapter   **7**

Case No.:

<u>STATEMENT PURSUANT TO LOCAL RULE 2017</u>

I, **Robert L. Rattet**, an attorney admitted to practice in this Court, state:

1. That I am the attorney for the above-named debtor(s) and am fully familiar with the facts herein.

2. That prior to the filing of the petition herein, my firm rendered the following services to the above-named debtor(s):

| Date\Time | Services |
|---|---|
| **2/16/21 Conf w/client 1.75 hours** | Initial interview, analysis of financial condition, etc. |
| **Prepared over October and November 2021 - approx. 20 hours** | Preparation and review of Bankruptcy petition |

3. That my firm will also represent the debtor(s) at the first meeting of creditors.

4. That all services rendered prior to the filing of the petition herein were rendered by my firm.

5. That my usual rate of compensation of bankruptcy matters of this type is $ __7,500.00__.

Dated: **November 11, 2021**

                     /s/ Robert L. Rattet
                     **Robert L. Rattet**
                     Attorney for debtor(s)
                     **Davidoff Hutcher & Citron LLP**
                     **605 Third Avenue**
                     **34th Floor**
                     **New York, NY 10158**
                     **212 557 7200 Fax:212 286 1884**
                     **rlr@dhclegal.com**

**United States Bankruptcy Court**
**Southern District of New York**

| In re | Riconda Maintenance, Inc. | | Case No. | |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 7 |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Thomas Riconda**, declare under penalty of perjury that I am the **President** of **Riconda Maintenance, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th day of November, 2021.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas Riconda, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas Riconda, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas Riconda, President** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case."

| Date | November 11, 2021 | Signed | /s/ Thomas Riconda |
|---|---|---|---|
| | | | Thomas Riconda |

Resolution of Board of Directors
of
**Riconda Maintenance, Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Thomas Riconda, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Thomas Riconda, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Thomas Riconda, President** of this Corporation is authorized and directed to employ **Robert L. Rattet**, attorney and the law firm of **Davidoff Hutcher & Citron LLP** to represent the corporation in such bankruptcy case.

Date **November 11, 2021**            Signed   **/s/ Thomas Riconda**
                                                          **Thomas Riconda**

Date _____            Signed _____

# United States Bankruptcy Court
### Eastern District of New York

In re   **Riconda Maintenance, Inc.**　　　　　　　　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　　Chapter　　**7**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:　**November 11, 2021**　　　　　　**/s/ Thomas Riconda**
　　　　　　　　　　　　　　　　　　**Thomas Riconda/President**
　　　　　　　　　　　　　　　　　　Signer/Title

Date:　**November 11, 2021**　　　　　　**/s/ Robert L. Rattet**
　　　　　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　　　　　**Robert L. Rattet**
　　　　　　　　　　　　　　　　　　**Davidoff Hutcher & Citron LLP**
　　　　　　　　　　　　　　　　　　**605 Third Avenue**
　　　　　　　　　　　　　　　　　　**34th Floor**
　　　　　　　　　　　　　　　　　　**New York, NY 10158**
　　　　　　　　　　　　　　　　　　**212 557 7200   Fax: 212 286 1884**

1802-05 7th Avenue HDFC
c/o HSC Management Corp.
850 Bronx River Parkway, #108
Bronxville, NY 10708

Beacon Building Products
Attn: Terry Froller
1 Enterprise Place
Hicksville, NY 11801

Everest Scaffolding
1150 Longwood Avenue
Bronx, NY 10474

211 West 21st Street LLC
c/o Sidney Rubell Co.
348 W 23rd Street #2F
New York, NY 10011

Big A Ironworks
26-40 3rd Street
Astoria, NY 11102

Extech Building Material
43-87 Vernon Blvd.
Long Island City, NY 11

330 Third Avenue Owners' Corp
c/o Levin & Glasser, P.C.
Attn: Jay Ginsberg, Esq.
420 Lexington Ave., Ste 2818
New York, NY 10170

Brown Harris Stevens Resident Mgmt
700 Lexington Avenue
New York, NY 10065

Four Universalist Soci
160 Central Park West
New York, NY 10023

48 Wall LLC
Helmsley Spear, LLC A/A/F
444 MAdison Avenue, Ste. 300
New York, NY 10022

C & R Sheet Metal
169 Lombardy Street
Brooklyn, NY 11222

Fuchs Rosenzweig PLLC
11 Broadway, Ste 570
New York, NY 10004

A&Z Restoration/Syed Aamir Ira
560 Main Street
#717
New York, NY 10044

Camille Riconda
46 Indian Wells Rd
Brewster, NY 10509

George Reithoffer
233 E. 69th Street
Apt. 11A
New York, NY 10021

ABF Servicing, LLC
525 Washington Blvd., 22nd Fl.
Jersey City, NJ 07310

Citywide Restoration/Masroor Ahmed
c/o Sana Tax
3728 56th Street
Woodside, NY 11377

Corona 52 Restoration Cor
35-34 99Th Street, Suite
Corona, NY 11368

AJR Consulting LLC
173 Rochelle Street
Bronx, NY 10464

Corporation Counsel
Bankruptcy Litigation Dept.
100 Church Street, Rm. 5-240
New York, NY 10007

Gumley Haft
1501 Broadway, Ste. 1001
New York, NY 10036

Allstate Insurance Company
A/S/O Lorraine N. Liebman
c/o Stuttman Law Group, P.C.
100 Manhattanville Road, Ste 4020
Purchase, NY 10577

David Placke, Esq. (Granite Sta
Renzulli Law Fitm, LLP
One North Broadway, Suite 1005
White Plains, NY 10601

Hi Tech Builders
14955 122nd Place
South Ozone Park, NY 114

Andrew Latos, Esq. (Shamsher Singh
Latos Latos & Associates, PC
23 - 25 31st Street, Suite 410
Astoria, NY 11105

JDR Restoration Corp.
6108 Third Avenue
Brooklyn, NY 11220

Internal Revenue Service
Centralized Insolvency O
P.O. Box 7346
Philadelphia, PA 19101-7

Banot 3 Realty LLC
1333A North Ave.
P.O. Box 756
New Rochelle, NY 10804

Douglas Elliman Property Management
675 Third Avenue
New York, NY 10017

James B. Levy (Derrick F
The Levy Law Firm, P.C.
233 Broadway, Suite 2200
New York, NY 10279

Jose Santamaria
571 Quinton Avenue
Kenilworth, NJ 07033

New York Insulation
58-48 59th Street
Maspeth, NY 11378

Realty Operations Group
30 W 57th Street, 7th Flo
New York, NY 10019

Kaare Stokdal
53 Plymouth Ave.
Kingston, NY 12401

NYC Department of Finance
66 John Street, Ste. 104
New York, NY 10038

Rigging Consultants Inc.
555 Longfellow Avenue
Bronx, NY 10474

Kings NY Corp.
120-05 Atlantic Avenue, Suite 1
Richmond Hill, NY 11418

NYC Law Department
100 Church Street
New York, NY 10007

S & J Sheet Metal
608 East 133 Street
Bronx, NY 10454

Levin & Glasser, P.C.
Attn: Jay Ginsberg, Esq.
420 Lexington Avenue, Ste. 2810

NYS Dept. of Taxation & Finance
Attn: Office of Counsel, Bldg.
W.A. Harriman State Campus
Albany, NY 12227

Sanjay Chaubey, Esq.
420 Lexington Avenue
Suite 2148
New York, NY 10170

New York, NY 10170

Manzoor Ahmed
24-12 27 Street
Long Island City, NY 11101

Office of the U.S. Trustee
201 Varick Street, Room 1006
New York, NY 10014

Shehla Manzoor
24-12 27 Street
Long Island City, NY 11

Maqsood Ahmed
560 Main Street
Apt. 748
New York, NY 10044

OnDeck
901 N Stuart Street, Ste 700
Attn: Director of Operations
Arlington, VA 22203

Smart Restoration Corp.
95-09 41 Street, Apt. 3D
Elmhurst, NY 11373

MBZ Restoration Corp.
24-10 27 Street
Astoria, NY 11102

OnDeck
ODK Capital, LLC
901 N. Stuart Street, Floor 7
Arlington, VA 22203

Thomas J. Riconda
46 Indian Wells Rd
Brewster, NY 10509

Michael Sulla
42 Shadow Lane
New Canaan, CT 06840

OnDeck
901 N Stuart Street, Ste 700
Attn: Jessica Foulk
Arlington, VA 22203

Winstar Restoration
132 Wildcat RD
Monticello, NY 12701

Mohammad Ali, Esq.
430 W. Merrick Road
Suite 9
Valley Stream, NY 11580

Orsid Realty Corp.
156 West 56th Street, 6th Floor
New York, NY 10019

York Scaffolding
37-20 12th Street
Long Island City, NY 11

MW Restoration
342 East 149 Street, #4E
Bronx, NY 10451

Quantum Safety and Design
124-14 Metropolitan Avenue
Kew Gardens, NY 11415

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re  **Riconda Maintenance, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 7,500.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 7,500.00 |

2.   $ **338.00**  of the filing fee has been paid.

3.   The source of the compensation paid to me was:

  ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

  ☐ Debtor     ■ Other (specify):   **Tom Riconda**

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
  c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
  d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
  e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 11, 2021**

*Date*

**/s/ Robert L. Rattet**
**Robert L. Rattet**
*Signature of Attorney*
**Davidoff Hutcher & Citron LLP**
**605 Third Avenue**
**34th Floor**
**New York, NY 10158**
**212 557 7200  Fax: 212 286 1884**
**rlr@dhclegal.com**
*Name of law firm*

---