**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Kathleen M. Aiello

*Counsel to Mansoor Ahmed and Maqsood Ahmed*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | |
| | Chapter 7 |
| RICONDA MAINTENANCE, INC. | |
| | Case No. 21-42842 (NHL) |
| Debtor. | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP hereby appears as counsel to Mansoor Ahmed and Maqsood Ahmed, creditors and parties in interest with respect to Riconda Maintenance, Inc. (the "Debtor"), the above-captioned debtor's bankruptcy case. Pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Klestadt Winters Jureller Southard & Stevens, LLP requests that all notices given or required to be given in these cases, and all papers served or required to be served in this case, be given and served upon the undersigned at the following office address:

> **Klestadt Winters Jureller**
> **Southard & Stevens, LLP**
> 200 West 41st Street, 17th Floor
> New York, NY 10036
> Tel: (212) 972-3000
> Attn: Fred Stevens
>      Kathleen M. Aiello
> Email: fstevens@klestadt.com
>         kaiello@klestadt.com

1

**PLEASE TAKE FURTHER NOTICE,** that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise that affects the above-named debtor or debtor in possession, or the property of such Debtor or the Debtor's estate.

Dated: New York, New York
December 15, 2021

        **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Kathleen M. Aiello*
Fred Stevens
Kathleen M. Aiello
200 West 41st Street, 17th Floor
New York, NY 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
      kaiello@klestadt.com

*Counsel to Mansoor Ahmed and Maqsood Ahmed*