UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                          Chapter 7

RICONDA MAINTENANCE, INC.,                              Case No.: 21-42842-nhl

                            Debtor.
-----------------------------------------------------------x

## STIPULATION AND ORDER

This Stipulation and Order (the "Stipulation") is made by and between David J. Doyaga, Sr., solely in his capacity as the Chapter 7 Trustee (the "Trustee") of the estate of Riconda Maintenance, Inc. (the "Debtor") on the one hand, and Shamsher Singh (the "Plaintiff" and the Trustee collectively as the "Parties" and each individually as the "Party") on the other hand. The Parties, through their respective undersigned counsel, agree to the facts and terms of the Stipulation as follows:

## RECITALS

**WHEREAS**, on November 11, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Eastern District of New York, at Brooklyn; and

**WHEREAS**, David J. Doyaga, Sr. was appointed interim Chapter 7 Trustee of the Debtor's estate and, by operation of law, became the permanent Chapter 7 Trustee of the Debtor's estate; and

**WHEREAS**, prior to the Petition Date, the Plaintiff commenced a civil action for alleged personal injuries against the Debtor styled *Shamsher Singh v. Riconda Maintenance, Inc., 165 West 91st Street, LLC, Board of Managers 165 West 91st Street Condominium and Orsid Realty Corp.*, pending in the Supreme Court of the State of New York, County of Queens, Index No. 720446/2019 (the "State Court Action"); and

**WHEREAS**, the State Court Action was stayed upon the Debtor's bankruptcy filing by virtue of the automatic stay under section 362(a) of the Bankruptcy Code.

**NOW, WHEREFORE**, the Parties hereby stipulate and agree as follows:

1.      The Trustee consents to the modification of the stay for the limited purpose of allowing the Plaintiff to proceed with the State Court Action only.

2. The Plaintiff expressly agrees to limit any recovery against the Debtor in connection with the State Court Action to insurance proceeds only and will not seek any recovery from the Debtor's bankruptcy estate.

3. The Plaintiff expressly agrees to waive with prejudice any and all claims against the Debtor's bankruptcy estate that were asserted or could have been asserted in the State Court Action.

4. The Plaintiff expressly agrees to waive his right to file a proof of claim in the Debtor's bankruptcy estate.

5. This Stipulation represents the entirety of the understanding by and between the Parties.

6. This Settlement Agreement shall be binding upon and inure to the benefit of the Parties hereto, and their respective executors, heirs, successors and assigns.

7. The person executing this Settlement Agreement on behalf of each respective Party warrants and represents that he/she is authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

8. The Parties to this Stipulation agree to bear their own costs and expenses, including attorney's fees arising out of this Stipulation.

9. This Stipulation is subject to the approval of the Bankruptcy Court.

10. This Stipulation shall be governed by the laws of the State of New York, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the E.D.N.Y. Local Bankruptcy Rules.

11. The Stipulation may be executed in counterparts and a signature by facsimile or other electronic means shall be sufficient to bind the Parties hereto.

[*Remainder of Page Intentionally Left Blank*]

12. The Bankruptcy Court shall retain jurisdiction over this matter to determine any dispute that may arise hereunder.

| | |
|---|---|
| Dated: February 28, 2023<br>Huntington, New York | Dated: February 28, 2023<br>Queens, New York |
| **Law Offices of Avrum J. Rosen, PLLC** | **Latos Latos & Associates, P.C.** |
| By: */s/ Alex Tsionis*<br>Alex E. Tsionis<br>38 New Street<br>Huntington, New York 11743<br>(631) 423-8527<br>atsionis@ajrlawny.com | By: */s/ Marina Zapantis*<br>Marina Zapantis<br>23-25 31st Street, Suite 410<br>Astoria, New York 11105<br>(718) 721-5740<br>marina@latoslaw.com |
| *Counsel to David J. Doyaga, Sr.,*<br>*Chapter 7 Trustee of the Estate*<br>*of Riconda Maintenance, Inc.* | *Counsel to Shamsher Singh* |

**IT IS SO ORDERED**