| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Hearing Date: March 21, 2024** |
| 38 New Street | **Hearing Time: 10:30 a.m.** |
| Huntington, New York 11743 | **Objection Deadline: March 14, 2024** |
| (631) 423-8527 | |
| Nico G. Pizzo, Esq. | |
| Alex E. Tsionis, Esq. | |

*Attorneys for David J. Doyaga, Sr., Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                         Chapter 7

RICONDA MAINTENANCE, INC.,                                     Case No.: 21-42842-nhl

                        Debtor.
------------------------------------------------------------x

### NOTICE OF PLAINTIFF'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING TRUSTEE TO ENTER INTO PROPOSED SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

**PLEASE TAKE NOTICE** that David J. Doyaga, Sr., solely in his capacity as the Chapter 7 Trustee (the "Plaintiff") of the estate of Riconda Maintenance, Inc. (the "Debtor"), by and through his attorneys the Law Offices of Avrum J. Rosen, PLLC, shall move before the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on **March 21, 2024 at 10:30 a.m.** or as soon thereafter as counsel may be heard, for the entry of an Order, substantially in the form of the proposed order annexed hereto, seeking the entry of an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), approving the proposed settlement agreement entered into by and between the Trustee and Manzoor Ahmed ("Ahmed"), consistent with the Court's procedures during the Covid-19 National Emergency.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be in writing, conform with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the E.D.N.Y. Local Bankruptcy Rules, state with particularity the grounds therefor and be filed with

the Court no later than **4:00 p.m. (prevailing Eastern Time) on March 14, 2024** as follows: (i) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that a hearing will be held on **March 21, 2024 at 10:30 am**. The hearing shall not be held in person but shall be held telephonically using the current AT&T telephone number (888-363-4734) and access code (4702754). The Telephonic Dial-In Instructions are as follows:

1. Dial in Number 888-363-4734
2. Access Code – 4702754
3. Announce who you are each time before speaking
4. Avoid the use of a speaker phone (use a landline if possible)
5. All persons not speaking should mute their phones
6. Speak up and enunciate so that you can be heard and understood.

**PLEASE TAKE FURTHER NOTICE**, that those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. Those registering with eCourt Appearances for hearings in less than 48 hours should allow up to 15 minutes after registration to receive the email with the video link or telephone number. Those unable to access eCourt Appearances must email Judge Nancy Hershey-Lord's Courtroom Deputy at: nhl_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, the case number(s), who you represent (if you are an attorney), hearing date, and phone number.

**PLEASE TAKE FURTHER NOTICE** that the hearing may be adjourned without notice

other than an announcement in open Court.

**PLEASE TAKE FURTHER NOTICE** that only timely objections made be considered by the Court.

Dated: February 14, 2024  **Law Offices of Avrum J. Rosen, PLLC**
       Huntington, New York

By: */s/ Nico G. Pizzo*
Nico G. Pizzo
Alex E. Tsionis
38 New Street
Huntington, New York 11743
Telephone: (631) 423-8527
npizzo@ajrlawny.com
atsionis@ajrlawny.com

*Counsel to David J. Doyaga, Sr., Chapter 7 Trustee*