UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re:  Chapter 7

RICONDA MAINTENANCE, INC.,  Case No.: 21-42842-nhl

                                        Debtor.

-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF SUFFOLK    )

      **EVERLYN MEADE-BRAMBLE**, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides in New York, New York;

      On the 15th day of February, 2024 deponent served the **NOTICE and TRUSTEE'S MOTION FOR THE ENTRY OF AN ORDER AUTHORIZING TRUSTEE TO ENTER INTO PROPOSED SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE with EXHIBIT and PROPOSED ORDER attached thereof,** upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York by First Class Mail:

See attached service list

                                                                                   s/Everlyn Meade-Bramble
                                                                                   Everlyn Meade-Bramble

Sworn to before me this
15th day of February, 2024

s/Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qualified in Suffolk County
Commission Expires September 8, 2026

**Service List**

12 West 96th Street Corporation
c/o Eric P Gonchar
156 West 56th Street FL 6
New York NY 10019-3911

116 East 66th Street Corp.
c/o Brown Harris Stevens
Residential Management LLC
770 Lexington Avenue
New York NY 10065-8165

1802-05 7th Avenue HDFC
c/o HSC Management Corp.
850 Bronx River Parkway Suite 108
Bronxville NY 10708-7014

211 West 21st Street LLC
c/o Sidney Rubell Co.
348 West 23rd Street Suite 2F
New York NY 10011-2214

340 Riverside Corp.
c/o Kagan Lubic Lepper Finkelstein & Gold LLP
200 Madison Avenue FL 24
New York NY 10016-4001

48 Wall LLC
c/o Helmsley Spear LLC
444 Madison Avenue Suite 300
New York NY 10022-6980

48 Wall LLC
c/o Rocco A Cavaliere Esq
Tarter Krinsky & Drogin LLP
1350 Broadway FL 11
New York NY 10018-0947

A&Z Restoration
Syed Aamir Irfan
560 Main Street Apt 717
New York NY 10044-0015

AIS Safety Consulting Inc
560 Main Street Apt 717
Roosevelt Island NY 10044-0015

Airgas USA LLC
6055 Rockside Woods Blvd N
Independence OH 44131-2301

ABF Servicing LLC
525 Washington Blvd FL 22
Jersey City NJ 07310-2606

AJR Consulting LLC
173 Rochelle Street
Bronx NY 10464-1640

ANLP Inc
c/o Alfred LaPorta
20 Maple Avenue
Armonk NY 10504-1836

Andrew Latos Esq
Latos Latos & Associates PC
23-25 31st Street Suite 410
Astoria NY 11105-2298

Banot 3 Realty LLC
1333A North Avenue Suite A
New Rochelle NY 10804-2149

Banot 3 Realty LLC
149 Wykagyl Terrace
New Rochelle NY 10804-3124

Beacon Sales Acquisition Inc
Attn Teresa Froller-Farren
1 Enterprise Place
Hicksville NY 11801-5347

Big A Iron Works Inc
Registered Agent
302 26th Avenue
Long Island City NY 11102-4120

Cellco Partnership d/b/a Verizon Wireless
Attn William M Vermette
22001 Loudoun County PKWY
Ashburn VA 20147-6122

Consolidated Edison Company of New York Inc
Bankruptcy Group
4 Irving Place FL 9
New York NY 10003-3502

C&R Sheet Metal
169 Lombardy Street
Brooklyn NY 11222-5324

Camille Riconda
46 Indian Wells Road
Brewster NY 10509-5201

Citywide Restoration/Manzoor Ahmed
c/o Sana Tax
3728 56th Street
Woodside NY 11377-2438

Consumers Federal Credit Union
425 Neptune Avenue
Brooklyn NY 11224-4559

David Placke Esq
Renzulli Law Firm LLP
1 North Broadway Suite 1005
White Plains NY 10601-2317

Dolmen JDR Restoration Corp
6108 3rd Avenue
Brooklyn NY 11220-4407

Douglas Elliman Property Management
675 3rd Avenue
New York NY 10017-5704

Everest Scaffolding
1150 Longwood Avenue
Bronx NY 10474-5714

Extech Building Materials Inc
43-87 Vernon Blvd
Long Island City NY 11101-6911

Fourth Universalist Society
160 Central Park West
New York NY 10023-1502

Fuchs Rosenzweig PLLC
11 Broadway Suite 570
New York NY 10004-1778

George Reithoffer
233 E 69th Street Apt 11A
New York NY 10021-5444

Gomez 52 Restoration Corp
35-34 99th Street Suite 3F
Corona NY 11368-1899

Gumley Haft
1501 Broadway Suite 1001
New York NY 10036-5518

Hi Tech Builders
14955 122nd Place
South Ozone Park NY 11420-4101

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

Jose Santamaria
571 Quinton Avenue
Kenilworth NJ 07033-1836

Jamie B Levy
The Levy Law Firm PC
233 Broadway Suite 2200
New York NY 10279-2202

Jay Ginsberg Esq
Levin & Glasser PC
420 Lexington Avenue Suite 2818
New York NY 10170-2820

JPMorgan Chase Bank NA
s/b/m/t Chase Bank USA NA
c/o National Bankruptcy Services LLC
PO Box 9013
Addison TX 75001-9013

JPMorgan Chase Bank NA
c/o Mark A Jarman
PO Box 29550 Mail Code AZ1-42E3
Phoenix AZ 85038-9550

Kaare Stokdal
53 Plymouth Avenue
Kingston NY 12401-4429

Kings NY Corp
120-05 Atlantic Avenue Suite 2
Richmond Hill NY 11418-3217

Liberty Contracting Corp
25-31 94 Street
North Bergen NJ 07047-1411

LJD Concrete Corp
20 Agnola Street
Tuckahoe NY 10707-1002

Manzoor Ahmed
24-12 27th Street
Long Island City NY 11102-2579

Maqsood Ahmed
560 Main Street Apt 748
New York NY 10044-0070

Mansoor Ahmed/Maqsood Ahmed
c/o Fred Stevens
Klestadt Winters Jureller Southard & Stevens LLP
200 West 41st Street FL 17
New York NY 10036-7219

Mansoor Ahmed/Maqsood Ahmed
c/o Kathleen M. Aiello
Klestadt Winters Jureller Southard & Stevens LLP
200 West 41st Street FL 17
New York NY 10036-7219

MBZ Restoration Corp
24-10 27th Street
Astoria NY 11102-2351

MBZ Restoration Corp
c/o Vivek Suri
Law Office of V Suri
267 Fifth Avenue Suite 1000
New York NY 10008-7504

Michael Sulla
135 Musket Ridge Road
Norwalk CT 06850-1315

Mohammad Ali Esq
430 W Merrick Road Suite 9
Valley Stream NY 11580-5201

MW Restoration
342 East 149th Street Apt 4E
Bronx NY 10451-5635

New York Insulation
58-48 59th Street
Maspeth NY 11378-3226

NYC Department of Finance
66 John Street Suite 104
New York NY 10038-3728

NYS Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

NYS Dept of Taxation & Finance
Bankruptcy Unit - TCD
Building 8 Room 455
W.A. Harriman State Campus
Albany NY 12227-0001

New York City Law Department
Corporation Counsel
Bankruptcy Litigation Dept
100 Church Street Room S-240
New York NY 10007-2668

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
1 Bowling Green Room 510
New York NY 10004-1415

OnDeck
ODK Capital LLC
901 N. Stuart Street FL 7
Arlington VA 22203-4418

OnDeck
Attn: Jessica Foulk
901 N. Stuart Street Suite 700
Arlington VA 22203-4418

ODK Capital LLC
On Deck Capital Inc
1400 Broadway
New York NY 10018-5300

Orsid Realty Corp.
156 West 56th Street FL 6
New York NY 10019-3911

Platinum Services
53-28 11th Street
Long Island City NY 11101-5917

Quantum Safety and Design
124-14 Metropolitan Avenue
Kew Gardens NY 11415-2712

Realty Operations Group
30 West 57th Street FL 7
New York NY 10019-3916

Rigging Consultants Inc.
555 Longfellow Avenue
Bronx NY 10474-6913

S&J Sheet Metal Supply
526 E 134th Street
Bronx NY 10454-4606

Sanjay Chaubey Esq
420 Lexington Avenue Suite 2148
New York NY 10170-2199

Shehla Manzoor
24-12 27th Street
Long Island City NY 11101-2579

Smart Restoration Corp
95-09 41 Street Apt 3D
Elmhurst NY 11373-1760

Stuttman Law Group PC
100 Manhattanville Road Suite 4E20
Purchase NY 10577-2110

Thomas J Riconda
46 Indian Wells Road
Brewster NY 10509-5201

Winstar Restoration
132 Wildcat Road
Monticello NY 12701-4127

York Scaffolding
37-20 12th Street
Long Island City NY 11101-6009

James B. Glucksman
Davidoff Hutcher & Citron LLP
605 Third Avenue FL 34
New York NY 10158-3499

Riconda Maintenance Inc
20 Maple Way
Armonk NY 10504

Robert L Rattet
Davidoff Hutcher & Citron LLP
605 Third Avenue FL 34
New York NY 10158-3499

Arthur E Rosenberg Esq
Holland & Knight LLP
31 West 52nd Street FL 14
New York NY 10019-6122

Joshua Berengarten Esq
Holland & Knight LLP
31 West 52nd Street
New York NY 10019-6122

M. Sanchez Esq
Adam Leitman Bailey PC
1 Battery Park Plaza FL 18
New York NY 10004-1646

Jason L Libou
Wachtel Missry LLP
1 Dag Hammarskjold Plaza
885 Second Avenue FL 47
New York NY 10017-2229

William J Geller Esq
Braverman Greenspun PC
110 East 42nd Street FL 17
New York NY 10017-8515

Mickee M Hennessy Esq
Westerman Ball Ederer Miller
Zucker & Sharfstein LLP
1201 RXR Plaza
Uniondale NY 11556-4201

John E Westerman Esq.
Westerman Ball Ederer Miller
Zucker & Sharfstein LLP
1201 RXR Plaza
Uniondale NY 11556-4201

Stephen H Orel
Schwartz Sladkus Reich Greenberg Atlas LLP
444 Madison Avenue FL 6
New York NY 10022-6973

Ethan D Ganc Esq
Law Office of Ethan Ganc
99 Madison Avenue Suite 5009
New York NY 10016-7419

Elliot M Smith Esq
Benesch Friedlander Coplan & Aronoff LLP
200 Public Sq Suite 2300
Cleveland OH 44114-2309

Edward C Wipper
Benesch Freidlander Coplan & Aronoff
17 State Street Suite 4000
New York NY 10004-1501

Courtney J Lerias
Adam Leitman Bailey PC
1 Battery Park Plaza FL 18
New York NY 10004-1646

Marina Zapantis Esq
Latos Larisa & Associates PC
23-25 31st Street FL 4
Astoria NY 11105-2299

Jenelle C Arnold
Aldridge Pite LLP
PO Box 17933
San Diego CA 92177-7921

Jenelle C. Arnold
Aldridge Pite LLP
4375 Jutland Drive Suite 200
San Diego CA 92177-3600

NYC Environmental Control Board & OATH
Attn: Elizabeth Nolan
66 John Street FL 11
New York NY 10038-3751

Mark Moedritzer
Shook Hardy & Bacon LLP
2555 Grand Blvd
Kansas City MO 64108-2613

Martin G Bunin
Farrell Fritz PC
622 Third Avenue Suite 37200
New York NY 10017-6707

Gary R. Lampert CPA
100 Merrick Road Suite 211-W
Rockville Centre NY 11570-4821