UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                    Chapter 7

RICONDA MAINTENANCE, INC.,                            Case No.: 21-42842-nhl

                            Debtor.
------------------------------------------------------------x

## ORDER APPROVING SETTLEMENT

Upon the motion [Dkt. No. 86] (the "Motion"), by notice of hearing, dated February 14, 2024, of David J. Doyaga, Sr., as the Trustee (the "Trustee") for the bankruptcy estate of Riconda Maintenance, Inc., by his counsel, the Law Offices of Avrum J. Rosen, PLLC, pursuant to Bankruptcy Rule 9019(a), seeking the entry of an order approving the settlement between the Trustee and Manzoor Ahmed, including the settlement agreement (the "Settlement Agreement") attached thereto; and there being no filed opposition to the relief requested; and a hearing having been held before the Court on March 21, 2024, at which Nico Pizzo, Esq. appeared on behalf of the Trustee; and the Court having found that: (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iv) notice of the Motion was sufficient and no additional notice of or a hearing on the Motion is required under the circumstances, and (v) the relief sought in the Motion is in the best interests of the Debtor's estate, its creditors and other parties in interest and is supported by good business reasons in accordance with Bankruptcy Rule 9019, and that the Settlement Agreement does not fall below the lowest level of reasonableness; and the Court having reviewed the Motion and having determined that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; now, therefore,

IT IS HEREBY ORDERED THAT:

1. The relief requested in the Motion is granted to the extent set forth herein.

2. Pursuant to Bankruptcy Rule 9019, the Trustee is authorized to enter into the Settlement Agreement.

3. The Settlement Agreement is approved.

4. The Trustee is authorized to take any and all actions reasonably necessary to consummate the Settlement Agreement and perform any and all obligations contemplated therein.

5. ~~Upon the entry of this Order, the Clerk of the Court is directed to close the above-captioned adversary proceeding.~~ *(NHL)*

6. The Court may retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: March 29, 2024
Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge